**Donald HARNISH and Robert and Sandra Geist, H/W**

v.

**SCHOOL DISTRICT OF PHILADELPHIA and Daniel J. Keating Company and Lott Constructors, Inc.**

**Petition of Daniel J. Keating Company.**

Supreme Court of Pennsylvania.

Jan. 26, 1999.

### ORDER

PER CURIAM

AND NOW, this 26 th day of January, 1999, we **GRANT** the Petition for Allowance of Appeal, **LIMITED** to the issue of whether a harmless error analysis is required when an appellate court reviews an entry of nonsuit alleged to be in violation of Pa.R.C.P. 230.1. This matter will be **SUBMITTED ON BRIEFS**.

**COMMONWEALTH of Pennsylvania, ex. rel., D. Michael FISHER, Attorney General, Appellee,**

v.

**James LARGE, Supervisor, Forward Township, Appellant.**

Supreme Court of Pennsylvania.

Jan. 27, 1999.

Reargument Denied March 10, 1999.

### ORDER

PER CURIAM:

AND NOW, this 27th day of January, 1999, the Order of the Commonwealth Court is AFFIRMED.

The Commonwealth's application to advance argument is dismissed as moot.